PD-0463-15

Kirt Allen Esthay
TDCJ no. 1919078
3060 F.M. 3514
Beaumont, TX 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 23 2015
Abel Acosta, Clerk

Ms, Louise Pearson, Clerk
COURT of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

NO. 03-14-00313-CR
Trial No. DAS-13-01849

APrIL 21 2015

FILED IN
COURT OF CRIMINAL APPEALS
APR 24 2015
Abel Acosta, Clerk

Dear Ms. Pearson:

Enclosed Please Find my Pro SE Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review. Please File this Motion with the Papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown above.

I also request that you notify me of the court's ruling on my Motion.

Sincerely,

Kirt Allen Esthay
Petitioner Pro SE

NO. 03-14-00313-CR

KIRT ALLEN ESTHAY
PETITIONER

VS.

THE STATE OF TEXAS
RESPONDENT

IN THE TEXAS COURT

OF

CRIMINAL APPEALS

MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, KIRT ALLEN ESTHAY, Petitioner, and files this MOTION for an extension of sixty(60) days in which to file a Petition for Discretionary Review. IN SUPPORT of this motion, Petitioner shows the COURT the following:

I.

The Petitioner was convicted in the 119TH District Court of CONCHO County, Texas of the offense of aggravated assault with a deadly weapon under 22.02(a)(2) in Cause NO. DAS-13-01849. The case was affirmed on March 31, 2015.

## II.

The Present deadline for filing the petition for Discretionary Review is April 30, 2015. The Petitioner has not requested any extension prior to this request.

## III

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until April 7, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Kirk Hawkins, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 03-14-00313-CR To June 29, 2015.

Respectfully submitted,
Petitioner Pro SE
TDCJ No. 1919078

## CERTIFICATE OF SERVICE

I Kirt Allen Esthay, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, Postage Prepaid, First class, to the State Prosecuting Attorney, P.O. Box 12405, Austin, TX 78711 and the District Attorney for Concho County, Mr George McCrea on this the April 21 day of 2015.

Kirt Allen Esthay
Petitioner Pro SE

## NOTICE

### INMATE NOTARY PUBLIC SERVICE

Under both Federal Law (28 U.S.C. § 1746) and State Law (V.T.C.A. Civil Practice & Remedies Code, & 132.001-132.003), inmate incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, clarification, oath, or affidavit sworn before a Notary Public. An example of an unsworn declaration is as follows:

### Unsworn Declaration

I, Offender _KirT Allen EsthaY_, TDCJ Number _1919078_ am presently incarcerated at the **Mark W. Stiles Unit** of the Texas Department of Criminal Justice in **Jefferson County, Texas** declare under penalty of perjury that the above is true and correct.

Signed on the _APril_ day of _21_, 20 _15_.

_KirT Allen EsthaY_
Printed Name

_Kirt Allen Esthay_
Signature